Slip Op. 12 -138

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FINE FURNITURE (SHANGHAI) LIMITED, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>HUNCHUN FOREST WOLF INDUSTRY COMPANY LIMITED, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>THE COALITION FOR AMERICAN HARDWOOD PARITY,<br><br>    Defendant-Intervenor. | Before: Donald C. Pogue,<br>        Chief Judge<br><br>Consol. Court No. 11-00533[1] |

JUDGMENT

Whereas the United States Department of Commerce has filed its Final Results of Redetermination Pursuant to Court Remand, ECF No. 77, which was issued pursuant to the court's Aug. 31, 2012, opinion and order, Slip Op. 12-113, ECF No. 76; and Plaintiffs have filed their response thereto, ECF No. 80, in which Plaintiffs supported the Redetermination; and no other

---

[1] This action was consolidated with portions of the complaints from Court Nos. 12-00009, 12-00017, and 12-00022. Order, Apr. 5, 2012, ECF No. 50.

party having filed a response; and the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that <u>Multilayered Wood Flooring from the People's Republic of China</u>, 76 Fed. Reg. 64,313 (Dep't Commerce Oct. 18, 2011) (final affirmative countervailing duty determination), as modified by the Final Results of Redetermination Pursuant to Court Remand, ECF No. 77, is AFFIRMED.

/s/ Donald C. Pogue
Donald C. Pogue, Chief Judge

Dated: November 15, 2012
      New York, New York